IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA )
)
v. )
) CASE NO. CR597-003
CHRISTOPHER L. GREEN, a/k/a )
Shawn Green )
)
Defendant. )
)

## O R D E R

On December 15, 2008, the Eleventh Circuit Court of Appeals issued an Order remanding this case to the District Court. (Doc. 1923.) The Court of Appeals directed this Court to determine if Defendant Christopher L. Green "demonstrated the required excusable neglect or good cause necessary for the district court to grant his motion for an extension of time to file a notice of appeal." (Id.) In his Motion (Doc. 1904), Defendant stated that he was prevented from working on his Notice of Appeal due to frequent security lock-downs at his prison facility. After careful review, the Court **FINDS** that Defendant made an adequate showing of good cause. The **Clerk of Court** is **DIRECTED** to send a copy of this Order to the Court of Appeals.

SO ORDERED this 8th day of January, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA